UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICKY MCADAMS,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

Case No. 18-cv-06064-RS

**ORDER TO SHOW CAUSE**

In October 2018, plaintiff appealed the decision of the Social Security Administration denying her disability benefits. Soon thereafter, a scheduling order issued, instructing the government to file its answer, along with a certified copy of the administrative record, within 90 days of receipt of the summons and complaint. A summons was issued on October 23, 2019, and an attorney for the government entered an appearance on October 31. Ninety days have since expired, and neither an answer nor the administrative record have been filed. The government is ordered to do so within 14 days of the date of this Order or show cause why that cannot be done.

**IT IS SO ORDERED**.

Dated: February 26, 2020

RICHARD SEEBORG
United States District Judge